**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Suite 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

July 18, 2024

Honorable Richard J. Sullivan
United States Circuit Judge
500 Pearl Street
New York, NY  10007

**BY ECF & ELECTRONIC MAIL**

Re:    *United States v. John Mattera*
       **12 Cr. 127 (RJS)**

Your Honor:

I write to inform this Court of Mr. Mattera's position regarding the Government's request that any revocation hearing in the above case be postponed until the parallel federal criminal proceedings are resolved.

Due process requires that a person accused of violating the conditions of his supervised release receive a revocation hearing "within a reasonable time after [the person] is taken into custody." *Morrissey v. Brewer*, 408 U.S. 471, 488 (1972). Similarly, Federal Rule of Criminal Procedure 32.1(b)(2) requires such a hearing to be held "within a reasonable time."

Accordingly, Mr. Mattera's position has not changed.  He continues to request that a revocation hearing be conducted as soon as possible.

Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

cc:    Matthew Shahabian, Esq.
       Assistant United States Attorney
       By Electronic Mail