

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 27, 2025

**Via ECF**
Honorable Richard J. Sullivan
United States Circuit Judge for the Second Circuit
40 Foley Square
New York, New York 10007

        Re:   <u>United States of America v. John Mattera</u>
               Ind. No.: 12 Cr. 127 (RJS)

Dear Judge Sullivan:

    I write on behalf of myself and Edward Sapone. Previously you assigned both of us to represent Mr. Mattera in connection with his VOSR pending before Your Honor.

    On October 7, 2025, Mr. Mattera entered a guilty plea pursuant to a plea agreement with the government. Shortly thereafter, the attorney-client relationship deteriorated and became irreconcilable. Today, Judge Preska granted our Motion to be Relieved as Counsel. Christopher Gunther, CJA counsel on duty was assigned.

    Given this change of counsel on Mattera's underlying case, and due to the underlying reasons for the change, Mr. Sapone and I respectfully request that you relieve us as CJA counsel.

    Thank you for your consideration.

Sincerely,

SULLIVAN|BRILL, LLP

*/s/ Steven Brill*

_____
By: Steven Brill

---

```
Mr. Brill and Mr. Sapone's motion to withdraw as counsel
for Supervisee John A. Mattera is GRANTED. Mr. Gunther is
hereby appointed as counsel for Mr. Mattera in this matter
pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.
Mr. Gunther shall file a notice of appearance
forthwith pursuant to Local Criminal Rule 1.2. It is
further ORDERED THAT the parties shall file the joint
status letter described in the Court's August 14, 2025
order (see Doc. No. 130) within two weeks of Mr.
Mattera's sentencing before Judge Preska (24-cr-117)
or February 10, 2026, whichever is sooner. The Clerk
of Court is respectfully directed to terminate the
motion pending at Document Number 131. Mr. Brill and
Mr. Sapone are further ORDERED to promptly serve a
copy of this order on Mr. Gunther via email.

SO ORDERED.
October 28, 2025
                    _____
                    RICHARD J. SULLIVAN
                    United States Circuit Judge
                    Sitting by Designation
```